UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 23615
    STEVE J CRAIG
    JOANN L CRAIG                             CHAPTER 13

                                        JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-8293     SSN XXX-XX-4394

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/23/04 and confirmed on 09/07/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  65646.00 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| MAPS | SECURED | 18293.91 | 1667.66 | 18293.91 |
| MITSUBISHI MOTOR CRED OF | SECURED | 8080.84 | 278.96 | 8080.84 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 9199.78 | .00 | 6439.85 |
| ASPIRE VISA | UNSECURED | 4805.73 | .00 | 3364.01 |
| BRINKS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1179.71 | .00 | 825.80 |
| CAPITAL ONE FINANCIAL | UNSECURED | 5313.01 | .00 | 3719.11 |
| CHEVRON | UNSECURED | 817.66 | .00 | 572.36 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7948.70 | .00 | 5564.09 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2064.77 | .00 | 1445.34 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 357.01 | .00 | 249.91 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1868.84 | .00 | 1308.19 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3315.07 | .00 | 2320.55 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10260.61 | .00 | 7182.43 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 700.54 | .00 | 490.38 |
| SHELL OIL | UNSECURED | NOT FILED | .00 | .00 |
| UNION 76 OIL COMPANY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| UNION 76 OIL COMPANY | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

------------------------------------------------------------------------

```
TOTAL CLMS ALLOWED       26374.75        .00      47831.43          .00      74206.18
PRINCIPAL PAID           26374.75        .00      33482.02          .00      59856.77
INTEREST PAID             1946.62        .00           .00          .00       1946.62
TOTAL PAID               28321.37        .00      33482.02          .00      61803.39
```

The Debtor's attorney, LEGAL HELPERS PC                       , was allowed $   2200.00
and was paid $   1200.00  direct and $   1000.00  through the plan.

The Trustee received $   2817.06 .

Refunds to the Debtor totaled $      25.55 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE